# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| JACOB SMITH, | ) | Case No. 2:20-cv-03755 |
| | ) | |
| Plaintiff, | ) | Judge Edmund A. Sargus |
| | ) | Magistrate Judge Kimberly A. Jolson |
| v. | ) | |
| | ) | |
| FIRSTENERGY CORP. and FIRSTENERGY SERVICE CO. | ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| JAMES BULDAS, | ) | Case No. 2:20-cv-03987 |
| | ) | |
| Plaintiff, | ) | Judge Edmund A. Sargus |
| | ) | Magistrate Judge Kimberly A. Jolson |
| v. | ) | |
| | ) | |
| FIRSTENERGY CORP., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| BRIAN HUDOCK, and CAMEO COUNTERTOPS, INC., | ) ) | Case No. 2:20-cv-03954 |
| | ) | Judge Edmund A. Sargus |
| Plaintiffs, | ) | Magistrate Judge Kimberly A. Jolson |
| | ) ) | |
| v. | ) | |
| | ) ) | |
| FIRSTENERGY CORP., *et al.*, | ) ) ) | |
| Defendants. | | |

## ORDER

Pursuant to Federal Rule of Civil Procedure 42(a), the parties request this Court to consolidate

for all purposes the actions in *Jacob Smith v. FirstEnergy Corp., et al.*, No. 2:20-cv-03755, *James Buldas v. FirstEnergy Corp., et al.*, No. 2:20-cv-03987, and *Brian Hudock, et al. v. FirstEnergy Corp., et al.*, No. 2:20-cv-03954.

This Court finds the parties' request well taken. These actions involve common questions of law and fact and consolidation will avoid unnecessary cost and delay. Fed. R. Civ. P. 42(a)(3). Therefore, this Court finds that these actions shall be consolidated for all purposes. Fed. R. Civ. P. 42(a)(2). It is ordered that the parties' Joint Motion to Consolidate is **GRANTED**. The Court consolidates for all purposes the actions in *Jacob Smith v. FirstEnergy Corp., et al.*, No. 2:20-cv03755, *James Buldas v. FirstEnergy Corp., et al.*, No. 2:20-cv-03987, and *Brian Hudock, et al. v. FirstEnergy Corp., et al.*, No. 2:20-cv-03954.

**IT IS SO ORDERED.**

9-28-2020
**DATE**

EDMUND A. SARGUS, JR.
UNITED STATED DISTRICT JUDGE