# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JACOB SMITH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FIRSTENERGY CORP. AND FIRSTENERGY SERVICE COMPANY,<br><br>　　　　　Defendants. | |
| BRIAN HUDOCK AND CAMEO COUNTERTOPS, INC.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>FIRSTENERGY CORP., *et al.*,<br><br>　　　　　Defendants. | **Case Nos. 2:20-cv-03755, 03954, 03987**<br><br>**Judge Edmund A. Sargus**<br><br>**Magistrate Judge Kimberly A. Jolson** |
| JAMES BULDAS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FIRSTENERGY CORP., *et al.*,<br><br>　　　　　Defendants. | |

**DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER THE CONSOLIDATED CLASS ACTION COMPLAINT**

Defendants First Energy Corp., FirstEnergy Service Company, Charles E. Jones, James F. Pearson, Steven E. Strah, K. Jon Taylor and Michael J. Dowling (collectively "Defendants") respectfully request the Court enlarge the time for them to file an answer to Plaintiffs' Consolidated Class Action Complaint. In support of this unopposed motion, Defendants state as follows:

1. Plaintiffs Jacob Smith, James Buldas, Brian Hudock, and Cameo Countertops, Inc. ("Plaintiffs") filed their Consolidated Class Action Complaint on October 7, 2020.

2. On October 21, 2020, Defendants filed a Motion to Dismiss for Failure to State a Claim.

3. On February 11, 2021, the Court entered its Opinion and Order denying Defendants' Motion to Dismiss.

4. Pursuant to Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure, Defendants are required to respond to the Consolidated Class Action Complaint on or before February 24, 2021.

5. Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the Court may extend the time for Defendants to answer the Consolidated Class Action Complaint.

6. Defendants request an additional 14 days to respond to the Consolidated Class Action Complaint, setting the new responsive deadline to March 10, 2021.

7. Pursuant to Local Rule 7.3, counsel for Defendants conferred with Plaintiffs' counsel and Plaintiffs do not oppose this Motion.

8. The Parties are currently preparing their Rule 26(f) Report, due on February 25, 2021.

9. At this early stage in the litigation, the requested enlargement of time will not interfere with any other deadlines or scheduling, and Defendants make this request for good cause.

10. Defendants request this extension so that it they may properly respond to the factual allegations set forth and incorporated within the Consolidated Class Action Complaint. The Consolidated Class Action Complaint alleges five separate counts and covers almost 50 pages. In addition, Plaintiffs incorporate the allegations of the Indictment and Criminal Complaint filed in *U.S. v. Householder et al*, 1:20-cr-00077.

WHEREFORE, Defendants pray that this Court grant their Unopposed Motion for Enlargement of Time and allow them up to and including March 10, 2021 to answer Plaintiffs' Consolidated Class Action Complaint.

February 22, 2021                               Respectfully submitted,

 /s/ Carole S. Rendon
 Carole S. Rendon

Daniel R. Warren (0054595)
Carole S. Rendon (0070345)
Terry M. Brennan (0065568)
BAKER & HOSTETLER LLP
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Telephone: (216) 861-7485
crendon@bakerlaw.com
dwarren@bakerlaw.com
tbrennan@bakerlaw.com
*Counsel for Defendant Charles E. Jones*


John F. McCaffrey (0039486)
John A. Favret (0080427)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, Ohio 44113
Telephone: (216) 592-5000
John.mccaffrey@tuckerellis.com
John.favret@tuckerellis.com
*Counsel for Defendant Michael J. Dowling*

3

Michael R. Gladman (0059797)
Tiffany D. Lipscomb-Jackson (0084382)
Margaret M. Dengler (0097819)
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, Ohio  43215
Telephone:  (614) 469-3939
mrgladman@jonesday.com
tdlipscombjackson@jonesday.com
mdengler@jonesday.com

Yaakov M. Roth (*pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
yroth@jonesday.com
*Counsel for Defendants FirstEnergy Corp., FirstEnergy Service Company, James F. Pearson, Steven E. Strah, and K. Jon Taylor*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all counsel of record.

          */s/ Carole S. Rendon*

          *Counsel for Defendants Charles E. Jones*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

## EASTERN DIVISION

| | |
|---|---|
| **JACOB SMITH,**<br><br>　　　　　　**Plaintiff,**<br><br>v.<br><br>**FIRSTENERGY CORP. AND FIRSTENERGY SERVICE COMPANY,**<br><br>　　　　　　**Defendants.** | |
| **BRIAN HUDOCK AND CAMEO COUNTERTOPS, INC.,**<br><br>　　　　　　**Plaintiffs,**<br><br>v.<br><br>**FIRSTENERGY CORP.,** *et al.*,<br><br>　　　　　　**Defendants.** | **Case Nos. 2:20-cv-03755, 03954, 03987**<br><br>**Judge Edmund A. Sargus**<br><br>**Magistrate Judge Kimberly A. Jolson** |
| **JAMES BULDAS,**<br><br>　　　　　　**Plaintiff,**<br><br>v.<br><br>**FIRSTENERGY CORP.,** *et al.*,<br><br>　　　　　　**Defendants.** | |

**[PROPOSED] ORDER ON DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER THE COMPLAINT**

2

The Court having considered Defendants FirstEnergy Corp., FirstEnergy Service Company, Charles E. Jones, James F. Pearson, Steven E. Strah, Jon Taylor and Michael J. Dowling ("Defendants") Unopposed Motion for Extension of Time to Answer the Plaintiffs' Consolidated Class Action Complaint, and good cause appearing,

IT IS ORDERED that the Motion is GRANTED. The deadline for Defendants to answer Plaintiffs' Consolidated Class Action Complaint is extended to March 10, 2021.

Dated this \_\_\_\_ day of February 2021.

_____