# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| JACOB SMITH, | ) Case No. 2:20-cv-03755 |
| | ) |
| Plaintiff, | ) Judge Edmund A. Sargus |
| | ) Magistrate Judge Kimberly A. Jolson |
| v. | ) |
| | ) |
| FIRSTENERGY CORP., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | |
| JAMES BULDAS, | ) Case No. 2:20-cv-03987 |
| | ) |
| Plaintiff, | ) Judge Edmund A. Sargus |
| | ) Magistrate Judge Kimberly A. Jolson |
| v. | ) |
| | ) |
| FIRSTENERGY CORP., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | |
| BRIAN HUDOCK and CAMEO COUNTERTOPS, INC., | ) Case No. 2:20-cv-03954 |
| | ) |
| | ) Judge Edmund A. Sargus |
| Plaintiffs, | ) Magistrate Judge Kimberly A. Jolson |
| | ) |
| v. | ) |
| | ) |
| FIRSTENERGY CORP., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **PLAINTIFFS' NOTICE OF SERVICE**

This is to certify that on this 12th day of March, 2021, Plaintiffs' First Set of Interrogatories, Requests for Production of Documents and Requests for Admission Specific to

Class Action Issues Directed to Defendants FirstEnergy Corp., FirstEnergy Services Co., James F. Pearson, Steven E. Strah, K. Jon Taylor, Charles E. Jones and Michael Dowling were served upon Counsel for Defendants by electronic mail.

Respectfully submitted,

<u>s/ Dennis E. Murray, Jr.</u>
Dennis E. Murray, Jr. (0038509)
Margaret M. Murray (0066633)
William H. Bartle (0008795)
MURRAY & MURRAY CO., L.P.A.
111 East Shoreline Drive
Sandusky, Ohio 44870-2517
Direct Dial: (419) 624-3126
Facsimile: (419) 624-0707
dmj@murrayandmurray.com
mmm@murrayandmurray.com
whb@murrayandmurray.com

*Counsel for Plaintiff Jacob Smith*

<u>/ Richard M. Kerger</u>
Richard M. Kerger (0015864)
4159 N. Holland Sylvania Road, Suite 101
Toledo, Ohio 43623
Telephone: (419) 255-5990
rkerger@kergerlaw.com

Marvin A. Miller (1916769)
Andrew Szot (6274264)
MILLER LAW, LLC
115 South LaSalle Street, Suite 2910
Chicago, Illinois 60603
Telephone: (312) 332-3400
mmiller@millerlawllc.com
aszot@millerlawllc.com

Kevin P. Roddy (175362)
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive, Suite 900
Woodbridge, NJ 07095
Telephone: (732) 636-8000
kroddy@wilentz.com

*Counsel for James Buldas, Brian Hudock, and Cameo Countertops, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

*s/ Dennis E. Murray, Jr.*
Dennis E. Murray, Jr. (0038509)
MURRAY & MURRAY CO., L.P.A.

*Counsel for Plaintiff Jacob Smith*
