**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| JACOB SMITH,<br><br>       Plaintiff,<br><br>v.<br><br>FIRSTENERGY CORP. AND FIRSTENERGY SERVICE CO.,<br><br>       Defendants. | |
| BRIAN HUDOCK AND CAMEO COUNTERTOPS, INC.,<br><br>       Plaintiffs,<br><br>v.<br><br>FIRSTENERGY CORP., *et al.*,<br><br>       Defendants. | Case Nos. 2:20-cv-03755, 03954, 03987<br><br>Judge Edmund A. Sargus<br><br>Magistrate Judge Kimberly A. Jolson |
| JAMES BULDAS,<br><br>       Plaintiff,<br><br>v.<br><br>FIRSTENERGY CORP., *et al.*,<br><br>       Defendants. | |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to S.D. Ohio Civ. R. 83.3(e), Jeremy R. Teaberry, counsel for defendant James F. Pearson in the above-referenced action, hereby moves this Court to admit Emilia McKee Vassallo,

of the law firm Ballard Spahr LLP, *pro hac vice* to appear and participate as counsel or co-counsel in this case for defendant James F. Pearson.

Mr. Teaberry represents that Ms. McKee Vassallo is a member in good standing of the highest court of Pennsylvania as attested by the accompanying certificate of good standing from that court. Ms. McKee Vassallo is not eligible to become a member of the permanent bar of this Court. Ms. McKee Vassallo is paying the required filing fee via credit card and will register for electronic filing with this Court upon the granting of this Motion.

Please see Ms. McKee Vassallo's identifying information:

| | |
|---|---|
| Telephone: | 215.665.8500 |
| Fax: | 215.864.8999 |
| Address: | 1735 Market Street, 51st Floor |
| | Philadelphia, PA 19103-7599 |
| E-mail: | mckeevassalloe@ballardspahr.com |

Pennsylvania Attorney Registration Number: 318428

Dated:  August 20, 2021    Respectfully submitted,

By:    */s/ Jeremy R. Teaberry*
       Jeremy R. Teaberry (0082870)

BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: (215) 665-8500
Facsimile: (215) 864-8999
E-mail: teaberryj@ballardspahr.com

*Counsel for Defendant James F. Pearson*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2021, a copy of the foregoing was electronically filed.

Notice of this filing will be sent to all parties through the Court's electronic filing system.

Parties may access this filing through the Court's system.

> */s/ Jeremy R. Teaberry*
> *Counsel for Defendant*
> *James F. Pearson*