IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JACOB SMITH,<br><br>   Plaintiff,<br><br>v.<br><br>FIRSTENERGY CORP. AND FIRSTENERGY SERVICE CO.,<br><br>   Defendants. | |
| BRIAN HUDOCK AND CAMEO COUNTERTOPS, INC.,<br><br>   Plaintiffs,<br><br>v.<br><br>FIRSTENERGY CORP., *et al.*,<br><br>   Defendants. | Case Nos. 2:20-cv-03755, 03954, 03987<br><br>Judge Edmund A. Sargus<br><br>Magistrate Judge Kimberly A. Jolson |
| JAMES BULDAS,<br><br>   Plaintiff,<br><br>v.<br><br>FIRSTENERGY CORP., *et al.*,<br><br>   Defendants. | |

**DECLARATION OF MICHAEL R. GLADMAN IN SUPPORT OF
FIRSTENERGY DEFENDANTS' MOTION TO RECONSIDER
OR VACATE ORDER GRANTING MOTION TO CERTIFY CLASS**

Pursuant to 28 U.S.C. § 1746, I, Michael R. Gladman, declare under penalty of perjury as follows:

1. I am a citizen of the United States and over twenty-one years of age.

2. I am an attorney in the Columbus, Ohio office of Jones Day, located at 325 John H. McConnell Blvd, Suite 600, Columbus, OH 43215.  I am duly licensed to practice law in the State of Ohio and am admitted in the United States District Court for the Southern District of Ohio.

3. I represent Defendants FirstEnergy Corp., FirstEnergy Service Company, Steven E. Strah, and K. Jon Taylor (collectively, the "FirstEnergy Defendants") in the above-captioned matter and submit this declaration in support of the FirstEnergy Defendants' Motion to Reconsider or Vacate Order Granting Motion to Certify Class ("Motion to Reconsider").

4. **Exhibit A** to the FirstEnergy Defendants' Motion to Reconsider is a true and correct copy of the September 2021 email exchange between the parties.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of November 2021 in Columbus, Ohio.

                                                                                 _/s/ Michael R. Gladman_
                                                                                 Michael R. Gladman