IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JACOB SMITH,<br><br>    **Plaintiff,**<br><br>v.<br><br>FIRSTENERGY CORP. AND FIRSTENERGY SERVICE CO.,<br><br>    **Defendants.** | |
| BRIAN HUDOCK AND CAMEO COUNTERTOPS, INC.,<br><br>    **Plaintiffs,**<br><br>v.<br><br>FIRSTENERGY CORP., *et al.*,<br><br>    **Defendants.** | **Case Nos. 2:20-cv-03755, 03954, 03987**<br><br>**Judge Edmund A. Sargus**<br><br>**Magistrate Judge Kimberly A. Jolson** |
| JAMES BULDAS,<br><br>    **Plaintiff,**<br><br>v.<br><br>FIRSTENERGY CORP., *et al.*,<br><br>    **Defendants.** | |

**MOVING DEFENDANTS' MOTION TO RECONSIDER OR VACATE ORDER GRANTING MOTION TO CERTIFY CLASS**

  For the reasons stated in FirstEnergy Defendants' Motion to Reconsider or Vacate Order Granting Motion to Certify Class, Moving Defendants Michael J. Dowling and Charles E. Jones move the Court to reconsider and withdraw or vacate its order (Doc. # 73) granting Plaintiffs' motion for class certification (Doc. # 62). Accordingly, Moving Defendants respectfully request

that the Court permit the defendants an opportunity to respond to the motion for class certification consistent with the Scheduling Order (30 days after the transcripts of the named Plaintiffs' depositions are available).

November 12, 2021

|  |  |
|---|---|
|  | Respectfully submitted, |
| */s/ Terry M. Brennan* | */s/ John A. Favret* |
| Terry M. Brennan (0065568) | John F. McCaffrey (0039486) |
| Daniel R. Warren (0054595) | John A. Favret (0080427) |
| Carole S. Rendon (0070345) | TUCKER ELLIS LLP |
| BAKER & HOSTETLER LLP | 950 Main Avenue - Suite 1100 |
| 127 Public Square, Suite 2000 | Cleveland, OH 44113 |
| Cleveland, OH 44114 | Tel: 216.592.5000 |
| Tel: (216) 861-7485 | Fax: 216.592.5009 |
| tbrennan@bakerlaw.com | john.mccaffrey@tuckerellis.com |
| dwarren@bakerlaw.com | john.favret@tuckerellis.com |
| crendon@bakerlaw.com | *Attorneys for Defendant Michael J. Dowling* |

F. Joseph Warin (*admitted pro hac vice*)
William S. Scherman (*admitted pro hac vice*)
Jason J. Mendro (*admitted pro hac vice*)
Christopher W.H. Sullivan (*admitted pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Tel: (202) 955-8500
Fax: (202 467-0539
fwarin@gibsondunn.com
wsccherman@gibsondunn.com
jmendro@gibsondunn.com
csullivan@gibsondunn.com
*Attorneys for Defendant Charles E. Jones*

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all counsel of record.

*/s/ John. A. Favret*
*One of the Attorneys for Defendant Michael J. Dowling*