UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JACOB SMITH,**
    **Plaintiff,**

v.

**Case No. 2:20-cv-3755**
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Kimberly A. Jolson**

**FIRSTENERGY CORP. AND**
**FIRSTENERGY SERVICE CO.,**
    **Defendants.**

---

**BRIAN HUDOCK AND CAMEO**
**COUNTERTOPS, INC.,**
    **Plaintiff,**

v.

**Case No. 2:20-cv-3954**
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Kimberly A. Jolson**

**FIRSTENERGY CORP., et al.,**
    **Defendants,**

---

**JAMES BULDAS,**
    **Plaintiff,**

v.

**Lead Case No. 2:20-cv-3987**
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Kimberly A. Jolson**

**FIRSTENERGY CORP., et al.,**
    **Defendants.**

---

## SCHEDULING ORDER

On November 19, 2021, this Court issued an Opinion and Order granting Defendants Motion to Reconsider or Vacate the Order Granting of Class Certification.  (ECF Nos. 92 in Lead Case No. 2:20-cv-3987[1].)  In that decision, the Court indicated that it would issue a

---

[1] All citations within this Scheduling Order refer to the docket in this Lead Case.

modification of the dates directed at class action certification briefing in the Scheduling Order currently in effect. (ECF Nos. 51.) The Motion for Class Certification was filed in this case on June 28, 2021. (ECF No. 71.) The Court hereby **MODIFIES** the Scheduling Order with the following:

1. The parties shall have the depositions of the named plaintiffs before December 7, 2021.

2. Defendants shall have until December 14, 2021, to file their memorandum in opposition to Plaintiffs' Motion for Class Certification.

3. Plaintiffs must file their reply, if any, within rule.

No further extensions shall be granted.

**IT IS SO ORDERED.**

**11/23/2021**  **s/Edmund A. Sargus, Jr.**
**DATE**   **EDMUND A. SARGUS, JR.**
    **UNITED STATES DISTRICT JUDGE**