IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JACOB SMITH,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FIRSTENERGY CORP. AND FIRSTENERGY SERVICE CO.,<br><br>　　　　　　Defendants. | |
| BRIAN HUDOCK AND CAMEO COUNTERTOPS, INC.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>FIRSTENERGY CORP., *et al.*,<br><br>　　　　　　Defendants. | Case Nos. 2:20-cv-03755, 03954, 03987<br><br>Judge Edmund A. Sargus<br><br>Magistrate Judge Kimberly A. Jolson |
| JAMES BULDAS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FIRSTENERGY CORP., *et al.*,<br><br>　　　　　　Defendants. | |

**MOVING DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

For the reasons stated in FirstEnergy Defendants' Brief in Opposition to Plaintiffs' Motion for Class Certification, which those substantive legal arguments are adopted and incorporated herein, Moving Defendants Michael J. Dowling and Charles E. Jones hereby oppose Plaintiffs'

1

Motion for Class Certification. Accordingly, the Court should deny Plaintiffs' Motion for Class Certification.

December 14, 2021

Respectfully submitted,

/s/ *Terry M. Brennan*
Terry M. Brennan (0065568)
Daniel R. Warren (0054595)
Carole S. Rendon (0070345)
BAKER & HOSTETLER LLP
127 Public Square, Suite 2000
Cleveland, OH  44114
Tel:  (216) 861-7485
tbrennan@bakerlaw.com
dwarren@bakerlaw.com
crendon@bakerlaw.com

F. Joseph Warin (admitted pro hac vice)
William S. Scherman (admitted pro hac vice)
Jason J. Mendro (admitted pro hac vice)
Christopher W.H. Sullivan (admitted pro hac vice)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5306
Tel:  (202) 955-8500
Fax:  (202 467-0539
fwarin@gibsondunn.com
wsccherman@gibsondunn.com
jmendro@gibsondunn.com
csullivan@gibsondunn.com

*Attorneys for Defendant Charles E. Jones*

/s/ *John F. McCaffrey*
John F. McCaffrey (0039486)
John A. Favret (0080427)
TUCKER ELLIS LLP
950 Main Avenue - Suite 1100
Cleveland, OH 44113
Tel:       216.592.5000
Fax:       216.592.5009
*john.mccaffrey@tuckerellis.com*
*john.favret@tuckerellis.com*

*Attorneys for Defendant Michael J. Dowling*

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all counsel of record.

    */s/ John F. McCaffrey*
*One of the Attorneys for Defendant Michael J. Dowling*