IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JACOB SMITH,<br><br>          Plaintiff,<br><br>v.<br><br>FIRSTENERGY CORP. AND FIRSTENERGY SERVICE CO.,<br><br>          Defendants. | |
| BRIAN HUDOCK AND CAMEO COUNTERTOPS, INC.,<br><br>          Plaintiffs,<br><br>v.<br><br>FIRSTENERGY CORP., *et al.*,<br><br>          Defendants. | Case Nos. 2:20-cv-03755, 03954, 03987<br><br>Judge Edmund A. Sargus<br><br>Magistrate Judge Kimberly A. Jolson |
| JAMES BULDAS,<br><br>          Plaintiff,<br><br>v.<br><br>FIRSTENERGY CORP., *et al.*,<br><br>          Defendants. | |

**JOINT MOTION TO FURTHER STAY BRIEFING AND CONSIDERATION OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, FIRSTENERGY DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS, AND DEFENDANT JAMES PEARSON'S MOTION TO DISMISS**

## MEMORANDUM IN SUPPORT

Plaintiffs, Defendants FirstEnergy Corp., FirstEnergy Service Company, Steven E. Strah, and K. Jon Taylor ("FirstEnergy Defendants"), and Defendant James F. Pearson jointly move the Court to further stay for an additional 30 days consideration and determination of the following pending motions:

- Plaintiffs' Motion for Class Certification (Doc. No. 62);

- FirstEnergy Defendants' Motion for Judgment on the Pleadings (Doc. No. 87); and

- Defendant James F. Pearson's Motion to Dismiss the Consolidated Class Action Complaint (Doc. No. 91).

In addition, and relatedly, those same parties move the Court to stay Plaintiffs' date by which to submit their reply in support of their Motion for Class Certification until such time as the 30-day stay expires.


Dated: February 15, 2022                 Respectfully submitted,

<u>/s/ Dennis E. Murray, Jr.</u> (with email auth.)
Dennis E. Murray, Jr. (0038509)
MURRAY & MURRAY CO., L.P.A.
111 East Shoreline Drive
Sandusky, Ohio 44870-2517
Telephone: (419) 624-3000
Direct Dial: (419) 624-3126
Facsimile: (419) 624-0707
dmj@murrayandmurray.com

*Plaintiffs' Co-Lead Counsel*

<u>/s/ Timothy D. Katsiff</u> (with email auth.)
Timothy D. Katsiff (*pro hac vice*)
Jeremy R. Teaberry (0082870)
David L. Axelrod (*pro hac vice*)
Emilia McKee Vassallo (*pro hac vice*)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: (215) 665-8500
Facsimile: (215) 864-8999
kattsifft@ballardspahr.com
teaberryj@ballardspahr.com
axelrodd@ballardspahr.com
mckeevassalloe@ballardspahr.com

*Counsel for Defendant James F. Pearson*

<u>/s/ Michael R. Gladman</u>
Michael R. Gladman (0059797)
    *Trial Attorney*
Tiffany D. Lipscomb-Jackson (0084382)
M. Ryan Harmanis (0093642)
Margaret M. Dengler (0097819)
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, Ohio 43215
Telephone: (614) 469-3939
mrgladman@jonesday.com
tdlipscombjackson@jonesday.com
rharmanis@jonesday.com
mdengler@jonesday.com

Yaakov M. Roth (*pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
yroth@jonesday.com

*Counsel for Defendants FirstEnergy Corp., FirstEnergy Service Company, Steven E. Strah, and K. Jon Taylor*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all counsel of record.

*/s/ Michael R. Gladman*

*Counsel for Defendants FirstEnergy Corp., FirstEnergy Service Company, Steven E. Strah, and K. Jon Taylor*