# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JACOB SMITH, | ) | Case No. 2:20-cv-03755 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge Edmund A. Sargus |
| v. | ) | Magistrate Judge Kimberly A. Jolson |
| | ) | |
| FIRSTENERGY CORP., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| JAMES BULDAS, | ) | Case No. 2:20-cv-03987 |
| | ) | |
| Plaintiff, | ) | Judge Edmund A. Sargus |
| | ) | Magistrate Judge Kimberly A. Jolson |
| v. | ) | |
| | ) | |
| FIRSTENERGY CORP., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| BRIAN HUDOCK and CAMEO COUNTERTOPS, INC., | ) | Case No. 2:20-cv-03954 |
| | ) | Judge Edmund A. Sargus |
| Plaintiffs, | ) | Magistrate Judge Kimberly A. Jolson |
| | ) | |
| v. | ) | |
| | ) | |
| FIRSTENERGY CORP., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## CLASS PLAINTIFFS' AMENDED UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiffs, Jacob Smith, Brian Hudock, Cameo Countertops, Inc., and Michael Emmons (collectively, "Class Plaintiffs") move this Court to preliminary approve two class-wide settlements, which, once finally approved, will

1

fully resolve the claims asserted in this action against all Defendants.

This Court should grant the relief requested in this motion based upon: the Amended Joint Declaration of Dennis E. Murray, Jr., Marvin A. Miller, and James L. Ward, Jr. filed in support of this motion (attached as **Exhibit A**), the Declaration of Linda Young filed in support of the proposed notice plan (attached as **Exhibit B**); and Class Plaintiffs' Amended Memorandum of Law filed in support of this motion (attached as **Exhibit C**), all of which are incorporated herein by reference.

WHEREFORE, for the foregoing reasons, Class Plaintiffs request that this Court enter the Amended Proposed Preliminary Approval Order (attached as **Exhibit D**) and grant them any additional or alternative relief deemed just and appropriate.

DATED: June 10, 2022

Respectfully submitted,

/s/ *Dennis E. Murray, Jr.*
Dennis E. Murray, Jr. (0038509)
Margaret M. Murray (0066633)
William H. Bartle (0008795)
MURRAY & MURRAY CO., L.P.A.
111 East Shoreline Drive
Sandusky, Ohio 44870-2517
Telephone: (419) 624-3126
Facsimile: (419) 624-0707
E-mail: dmj@murrayandmurray.com
mmm@murrayandmurray.com
whb@murrayandmurray.com

Marvin A. Miller*
Andrew Szot*
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, Illinois 60603
Telephone: (312) 332-3400
E-mail: mmiller@millerlawllc.com
aszot@millerlawllc.com

*Plaintiffs' Interim Co-Lead Counsel*

2

        Richard M. Kerger (0015864)
THE KERGER LAW FIRM
4159 N. Holland Sylvania Road
Toledo, Ohio 43623
Telephone: (419) 255-5990
E-mail: rkerger@kergerlaw.com

Kevin P. Roddy*
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive, Suite 900
Woodbridge, New Jersey 07095
Telephone: (732) 636-8000
Facsimile: (732) 726-6686
E-mail:kroddy@wilentz.com

*Attorneys for Plaintiffs and the Members of the Settlement Class*

*attorneys admitted pro hac vice

## CERTIFICATE OF SERVICE

I certify that on June 10, 2022, the foregoing was filed electronically using the CM/ECF System. Notice of this filing will be sent to all parties in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Dennis E. Murray, Jr.*
Dennis E. Murray, Jr. (0038509)
MURRAY & MURRAY CO., L.P.A.

*Attorney for Class Plaintiffs*