# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JACOB SMITH, | ) | Case No. 2:20-cv-03755 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge Edmund A. Sargus |
| v. | ) | Magistrate Judge Kimberly A. Jolson |
| | ) | |
| FIRSTENERGY CORP., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| JAMES BULDAS, | ) | Case No. 2:20-cv-03987 |
| | ) | |
| Plaintiff, | ) | Judge Edmund A. Sargus |
| | ) | Magistrate Judge Kimberly A. Jolson |
| v. | ) | |
| | ) | |
| FIRSTENERGY CORP., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| BRIAN HUDOCK and CAMEO COUNTERTOPS, INC., | ) ) | Case No. 2:20-cv-03954 |
| | ) | Judge Edmund A. Sargus |
| Plaintiffs, | ) | Magistrate Judge Kimberly A. Jolson |
| | ) | |
| v. | ) | |
| | ) | |
| FIRSTENERGY CORP., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF FILING

Plaintiffs hereby give notice of the filing of the Declaration of Eric J. Miller Regarding (A) Dissemination of the Notice and (B) Report on Requests for Exclusion and Objections Received to Date.

DATED: September 1, 2022          Respectfully submitted,

/s/ Dennis E. Murray, Jr.
Dennis E. Murray, Jr. (0038509)
Margaret M. Murray (0066633)
William H. Bartle (0008795)
MURRAY & MURRAY CO., L.P.A.
111 East Shoreline Drive
Sandusky, Ohio 44870-2517
Telephone: (419) 624-3126
Facsimile: (419) 624-0707
E-mail:dmj@murrayandmurray.com
      mmm@murrayandmurray.com
      whb@murrayandmurray.com

Marvin A. Miller*
Andrew Szot*
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, Illinois 60603
Telephone: (312) 332-3400
E-mail:mmiller@millerlawllc.com
      aszot@millerlawllc.com

*Plaintiffs' Interim Co-Lead Counsel*

Richard M. Kerger (0015864)
THE KERGER LAW FIRM
4159 N. Holland Sylvania Road
Toledo, Ohio 43623
Telephone: (419) 255-5990
E-mail: rkerger@kergerlaw.com

Kevin P. Roddy*
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive, Suite 900
Woodbridge, New Jersey 07095
Telephone: (732) 636-8000
Facsimile: (732) 726-6686
E-mail:kroddy@wilentz.com

*Attorneys for Plaintiffs and the Members of the Settlement Class*

*attorneys admitted pro hac vice

## **CERTIFICATE OF SERVICE**

I certify that on September 1, 2022, the foregoing was filed electronically using the CM/ECF System. Notice of this filing will be sent to all parties in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Dennis E. Murray, Jr.
Dennis E. Murray, Jr. (0038509)
MURRAY & MURRAY CO., L.P.A.
*Attorney for Class Plaintiff*
