## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| JACOB SMITH, | ) | Case No. 2:20-cv-03755 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge Edmund A. Sargus |
| v. | ) | Magistrate Judge Kimberly A. Jolson |
| | ) | |
| FIRSTENERGY CORP., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| JAMES BULDAS, | ) | Case No. 2:20-cv-03987 |
| | ) | |
| Plaintiff, | ) | Judge Edmund A. Sargus |
| | ) | Magistrate Judge Kimberly A. Jolson |
| v. | ) | |
| | ) | |
| FIRSTENERGY CORP., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| BRIAN HUDOCK and CAMEO COUNTERTOPS, INC., | ) | Case No. 2:20-cv-03954 |
| | ) | |
| Plaintiffs, | ) | Judge Edmund A. Sargus |
| | ) | Magistrate Judge Kimberly A. Jolson |
| v. | ) | |
| | ) | |
| FIRSTENERGY CORP., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>ORDER</u>

This matter is before the Court on Defendants' Motion for Judgement on the Pleadings
(ECF No. 87), Defendant Pearson's Motion to Dismiss (ECF No. 91), Plaintiffs' Motion for an
Order to Set Trial Schedule (ECF No. 97), and Defendant FirstEnergy Solutions Corp.'s Motion
to Dismiss (ECF No. 118).  The parties have reported this case settled and the Court has

preliminarily approved the settlement.  (ECF No. 142.)  Consequently, these motions have been rendered **MOOT** and the Clerk is **DIRECTED** to remove them, ECF Nos. 87, 91, 97, 118, from this Court's pending motions list.

       **IT IS SO ORDERED.**


**9/15/2022**                                            **s/Edmund A. Sargus, Jr.**
**DATE**                                                  **EDMUND A. SARGUS, JR.**
                                                         **UNITED STATES DISTRICT JUDGE**