UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **JACOB SMITH**, | : | |
| Plaintiff, | : | Case No. 2:20-cv-03755 |
| v. | : | |
| | : | Judge Edmund A. Sargus |
| **FIRSTENERGY CORP., et al.**, | : | Magistrate Kimberly A. Jolson |
| Defendants, | : | |
| | | |
| **JAMES BULDAS**, | : | |
| Plaintiff, | : | Case No. 2:20-cv-03987 |
| v. | : | |
| | : | Judge Edmund A. Sargus |
| **FIRSTENERGY CORP., et al**, | : | Magistrate Kimberly A. Jolson |
| Defendants, | : | |
| | | |
| **BRIAN HUDOCK and CAMEO COUNTERTOPS, INC.**, | : | |
| Plaintiffs, | : | Case No. 2:20-cv-03954 |
| v. | : | |
| | : | Judge Edmund A. Sargus |
| **FIRSTENERGY CORP., et al.** | : | Magistrate Kimberly A. Jolson |
| Defendants. | : | |

**OBJECTION AND REQUEST TO APPEAR OF KENT STATE UNIVERSITY TO THE PETITION FOR AN AWARD OF ATTORNEYS' FEES**

Class-member Kent State University objects to the petition for attorney fees and joins in the reasoning and arguments presented in the Objection and Request to Appear filed earlier by

Kent State University's sister state agencies class members Ohio Department of Natural Resources, Ohio Department of Public Safety and The University of Akron. (ECF 150.) This Court should grant an award of attorneys' fees to the Class Counsel of no more than a ten percent (10%), i.e., $4.9 million for Class Counsels' attorneys' fees.

|  |  |
|---|---|
| DATED: October 5, 2022 | Respectfully submitted,<br><br>DAVE YOST<br>Ohio Attorney General (0056290)<br><br>*/s/ L. Martin Cordero*　　　　　．<br>CHARLES M. MILLER (0073844)<br>Deputy Attorney General for Major Litigation<br>L. MARTIN CORDERO (0065509)<br>Major Litigation Counsel<br>MARGARET O'SHEA (0098868)<br>Assistant Attorney General<br><br>30 East Broad Street, 17th Floor<br>Columbus, Ohio 43215<br>614-752-8237<br>Charles.Miller@OhioAGO.gov<br><br>*Counsel for State Objectors Ohio Dept. of Nat. Resources, Ohio Dept. of Public Safety, The Univ. of Akron, and Kent State Univ.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5th, 2022, a copy of the foregoing was filed electronically. to the Clerk's CM/ECF System. Notice of this filing will be sent by operation of the Clerk's electronic filing system to all parties in this case and registered as users with that system. Parties may access this filing through the Court's system. Additionally, service was made via first class mail, postage prepaid, upon the following pursuant to Paragraph 19(c) of this Court's Order filed June 22, 2022, ECF No. 142:

| | |
|---|---|
| *Counsel for the Plaintiff Class*: | *Counsel for the FirstEnergy Settling Parties*: |
| Dennis E. Miller, Jr<br>MURRAY & MURRAY<br>C.O., L.P.A.<br>111 East Shoreline Dr.<br>Sandusky, OH 44870-2517<br>Tel. 419.624.3126<br>dmj@murrayandmurray.com | Michael R. Gladman (0059797)<br>Tiffany Lipscomb-Jackson (0084382)<br>M. Ryan Harmanis (0093642)<br>Margaret M. Dengler (0097819)<br>JONES DAY<br>325 John H. McConnell Blvd., Suite 600<br>Columbus, Ohio 43215-2673<br>614-469-3939<br>mrgladman@jonesday.com<br>tdlipscombjackson@jonesday.com<br>rharmanis@jonesday.com<br>mdengler@jonesday.com<br>(Representing FirstEnergy Corp., FirstEnergy Service Co., Steven E. Strah, K. Jon Taylor) |
| Marvin A. Miller<br>MILLER LAW LLC<br>115 S. LaSalle St.<br>Suite 2910<br>Chicago, IL 60603<br>Tel. 312.332.3400<br>mmiller@millerlawllc.com | |
| James L. Ward, Jr.<br>MCGOWAN, HOOD,<br>FELDER & PHILLIPS, LLC<br>10 Shem Dr., Ste. 300<br>Mt. Pleasant, SC 29464<br>Tel. 843.388.7202<br>jward@mcgowanhood.com | David Axelrod (*pro hac vice*)<br>Timothy Katsiff (*pro hac vice*)<br>Ballard Spahr LLP<br>1735 Market Street<br>Philadelphia, PA 19103<br>215-864-8639<br>215-665-8999 (fax)<br>axelrodd@ballardspahr.com<br>(Representing James E. Pearson) |
| *Counsel for Energy Harbor*: | |
| Marion H. Little, Jr. (0042679)<br>Stuart G. Parsell (0063510)<br>ZEIGER, TIGGES & LITTLE LLP<br>41 South High Street, Suite 3500<br>Columbus, Ohio 43215<br>614-365-9900<br>little@litohio.com<br>parsell@litohio.com | John F. McCaffrey (0039486)<br>John A. Favret (0080427)<br>TUCKER ELLIS LLP<br>950 Main Avenue<br>Suite 1100<br>Cleveland, OH 44113-7213<br>216-592-5000<br>216-592-5009 (fax)<br>john.mccaffrey@tuckerellis.com<br>john.favret@tuckerellis.com<br>(Representing Michael J. Dowling) |
| | Carol S. Rendon (0070345)<br>Terry M. Brennan (0065568)<br>BAKER & HOSTETLER LLP<br>Key Tower<br>127 Public Square, Suite 2000<br>Cleveland, Ohio 44114-1214<br>216-861-7420 |

|  | 216-696-0740 (fax)<br>crendon@bakerlaw.com<br>tbrennan@bakerlaw.com<br>(Representing Charles E. Jones) |
|---|---|

DAVE YOST
Ohio Attorney General (0056290)

*/s/ L. Martin Cordero              .*
L. MARTIN CORDERO (0065509)
Major Litigation Counsel