# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JACOB SMITH, | ) | Case No. 2:20-cv-03755 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge Edmund A. Sargus |
| v. | ) | Magistrate Judge Kimberly A. Jolson |
| | ) | |
| FIRSTENERGY CORP., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| JAMES BULDAS, | ) | Case No. 2:20-cv-03987 |
| | ) | |
| Plaintiff, | ) | Judge Edmund A. Sargus |
| | ) | Magistrate Judge Kimberly A. Jolson |
| v. | ) | |
| | ) | |
| FIRSTENERGY CORP., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| BRIAN HUDOCK and CAMEO COUNTERTOPS, INC., | ) | Case No. 2:20-cv-03954 |
| | ) | Judge Edmund A. Sargus |
| Plaintiffs, | ) | Magistrate Judge Kimberly A. Jolson |
| | ) | |
| v. | ) | |
| | ) | |
| FIRSTENERGY CORP., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**SUPPLEMENT TO PETITION OF DENNIS E. MURRAY, JR.,
MARVIN A. MILLER, AND JAMES L. WARD, JR. IN SUPPORT
OF AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES,
AND AWARD OF SERVICE PAYMENTS TO CLASS REPRESENTATIVES**

We, Dennis E. Murray, Jr., Marvin A. Miller, and James L. Ward, Jr. hereby supplement The Petition of Dennis Murray, Jr., Marvin A. Miller, and James L. Ward., Jr.  In Support of Award of Attorneys' Fees, Reimbursement of Expenses, And Award of Incentive Payment to Class Representatives (the "Fee Petition"), which was filed in this matter on September 6, 2022 as ECF No. 145, and declare as follows:

1. The Fee Petition, among other things, includes total lodestar information for each counsel of record for the Class Plaintiffs.

2. This declaration serves to supplement the Fee Petition, and in particular the supporting declarations of counsel of record filed as Exhibits A-J to the Fee Petition, with additional information concerning how counsel of record arrived at their respective lodestars.  Each firm-specific declaration identifies the hourly rates for the attorneys at that firm who rendered services on behalf of the Class Plaintiffs, and also includes detailed itemized time entries that will be provided *in camera*.  The itemized time entries must be filed *in camera* because this case remains pending and publicly disclosing the time entries could potentially reveal counsels' work product, which is protected from disclosure.

3. The information contained in Tabs A – J of this document are incorporated herein by reference, as are the statements and information included in Plaintiff's Fee Petition filed on September 6, 2022.

4. Class Counsel have provided additional services for the benefit of the Class, but have not included this additional work as part of this supplement to the Fee Petition.

We declare under penalty of perjury that the foregoing is true and correct.  Executed on October 10, 2022, by Dennis E. Murray, Jr. in Sandusky, Ohio, by Marvin A. Miller in Chicago, Illinois, and by James L. Ward, Jr. in Mount Pleasant, South Carolina.

| | | |
|---|---|---|
| /s/ *Dennis E. Murray, Jr.* | /s/ *Marvin A. Miller* | /s/*James L. Ward, Jr.* |
| Dennis E. Miller, Jr | Marvin A. Miller | James L. Ward, Jr. |
| MURRAY & MURRAY C.O., L.P.A. | MILLER LAW LLC | MCGOWAN, HOOD, FELDER & PHILLIPS, LLC |
| 111 East Shoreline Dr. | 145 S. Wells St. | 10 Shem Dr., Ste. 300 |
| Sandusky, OH 44870-2517 | 18th Floor | Mt. Pleasant, SC  29464 |
| Tel. 419.624.3126 | Chicago, IL 60606 | Tel. 843.388.7202 |
| dmj@murrayandmurray.com | Tel. 312.332.3400 | jward@mcgowanhood.com |
| | mmiller@millerlawllc.com | |

## CERTIFICATE OF SERVICE

I certify that on October 11, 2022, the foregoing was filed electronically using the CM/ECF System. Notice of this filing will be sent to all parties in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Margaret M. Murray*
Margaret M. Murray (0066633)
mmm@murrayandmurray.com
MURRAY & MURRAY CO., L.P.A.

*Attorney for Class Plaintiffs And Settlement Class*