# TAB 1

Smith v. FirstEnergy Corp., et al., Case No. 2:20-cv-3755
Exclusion Report

| #'s | Exclusion ID | Name | Postmarked Date | Address | City | State | Zip | Exclusion Type | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 1. | 200125738 | Anthony Martin | 7/21/2022 | | | OH | 43606 | Email | |
| 2. | 200125739 | Estate of Sarah E. Linhorst | 8/22/2022 | | | OH | 43460 | Email | Deceased |
| 3. | 200125740 | Shirley C. Almester | 8/22/2022 | | | OH | 43460 | Email | Deceased |
| 4. | 200125741 | Melinda Mannion | 8/23/2022 | | | OH | 44515 | Mail | |
| 5. | 200125742 | Toni Helsel | 8/25/2022 | | | OH | 44111-3216 | Mail | |
| 6. | 200125743 | Thomas Burwell | 8/26/2022 | | | OH | 44026 | Mail | |
| 7. | 200125744 | Guadalupe C. Martinez | 8/23/2022 | | | OH | 43512 | Mail | |
| 8. | 200125745 | Emma Barnes | 8/23/2022 | | | OH | 44104 | Mail | |
| 9. | 200125746 | Linda Hucky | 8/23/2022 | | | OH | 44134-1037 | Mail | |
| 10. | 200125748 | Jeanette A. Albert | 8/25/2022 | | | OH | 44870 | Mail | Deceased |
| 11. | 200125749 | Michelle Karpinski | 8/26/2022 | | | OH | 43611 | Mail | |
| 12. | 200125750 | Emma Smith | 8/30/2022 | | | OH | 44103 | Mail | |
| 13. | 200125751 | Barbara A Gooder | 8/29/2022 | | | OH | 43066-9780 | Mail | |
| 14. | 200125752 | Edward & Linda Popik | 8/31/2022 | | | OH | 44256 | Mail | |
| 15. | 200125753 | Elizabeth Brantley | 9/6/2022 | | | MI | 48184 | Mail | |
| 16. | 200125754 | Carl J Wilgosz | 8/20/2022 | | | OH | 44429-9643 | Email | |
| 17. | 200125755 | Andy Tompulis | 8/24/2022 | | | OH | 44657 | Mail | |
| 18. | 200125756 | Cleason Zimmerman | 9/7/2022 | | | OH | 44875 | Mail | |
| 19. | 200125757 | Dianne L Debord | 8/31/2022 | | | OH | 44301-1066 | Mail | |
| 20. | 200125758 | Chuck & Bonnie Keiper | 8/31/2022 | | | OH | 44240 | Mail | |
| 21. | 200125759 | Jacqueline Johnson | 8/31/2022 | | | OH | 44334 | Mail | |
| 22. | 200125761 | Janet Hatcher | 8/31/2022 | | | OH | 44021-9610 | Mail | |
| 23. | 200125763 | David Paul | 9/13/2022 | | | OH | 44017 | Email | Address not provided. Located based on Notice record |
| 24. | 200125764 | Janet D Gortz | 9/10/2022 | | | OH | 44145-4946 | Mail | |
| 25. | 200125765 | Anna Gottl | 9/12/2022 | | | OH | 44212 | Email | Deceased - Daughter Excluding her |
| 26. | 200125766 | John T. Nelbarger | 9/16/2022 | | | OH | 44907 | Mail | |
| 27. | 209440935 | Gwendolyn S. Dluhos | 9/16/2022 | | | OH | 44032 | Mail | |
| 28. | 209440936 | Kimberly A Bohach | 9/19/2022 | | | OH | 44050 | Mail | |
| 29. | 209440937 | Patricia A. Graff | 9/20/2022 | | | OH | 43537 | Mail | |
| 30. | 209440938 | Steven L. Adams | 9/21/2022 | | | OH | 45505 | Mail | |
| 31. | 209440939 | Christopher Carpenter | 9/23/2022 | | | OH | 44086 | Mail | |
| 32. | 209440940 | Leslie Young/ Becker | 9/20/2022 | | | OH | 44281 | Mail | |
| 33. | 209440941 | Dawn Kuderna | 9/23/2022 | | | OH | 44106 | Mail | |
| 34. | 209440942 | Angela O'Brien | 9/26/2023 | | | OH | 44138 | Mail | |
| 35. | 209440943 | Gregory Repasky | 9/27/2022 | | | OH | 44443 | Mail | |
| 36. | 209440944 | William J Bloom | 9/26/2022 | | | OH | 44231-9714 | Mail | |
| 37. | 209440945 | Stephen M. Graff | 9/20/2022 | | | OH | 43537 | Mail | |
| 38. | 209440946 | Helen Chavez | 9/30/2022 | | | OH | 44130 | Mail | |
| 39. | 209440947 | Jack L. Rudman | 10/1/2022 | | | OH | 44116 | Mail | |
| 40. | 209440948 | Ray Hrbac | 10/3/2022 | | | OH | 44233 | Mail | |
| 41. | 209440949 | Linda M. Magrey | 10/3/2022 | | | OH | 44017-1183 | Mail | |
| 42. | 209440950 | Antoinette | 10/3/2022 | | | OH | 44135 | Mail | |
| 43. | 209440951 | Wilbur Keiffer | 10/3/2022 | | | OH | 44635 | Mail | |
| 44. | 209440952 | Deborah Swiger | 10/3/2022 | | | OH | 44216 | Mail | |