# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| JACOB SMITH<br>*Plaintiff*<br>v.<br>FIRSTENERGY CORP. AND FIRSTENERGY SERVICE CO.,<br>*Defendant* | )<br>)<br>) Civil Action No.  2:20-cv-3755<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ **other:**  Pursuant to the Opinion and Order filed 12/5/2022 this case is closed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date:  12/05/2022

CLERK OF COURT

*Christin M. Werr*
Signature of Clerk or Deputy Clerk