# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JACOB SMITH, | ) | Case No. 2:20-cv-03755 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge Edmund A. Sargus |
| v. | ) | Magistrate Judge Kimberly A. Jolson |
| | ) | |
| FIRSTENERGY CORP., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| JAMES BULDAS, | ) | Case No. 2:20-cv-03987 |
| | ) | |
| Plaintiff, | ) | Judge Edmund A. Sargus |
| | ) | Magistrate Judge Kimberly A. Jolson |
| v. | ) | |
| | ) | |
| FIRSTENERGY CORP., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| BRIAN HUDOCK and CAMEO COUNTERTOPS, INC., | ) | Case No. 2:20-cv-03954 |
| | ) | Judge Edmund A. Sargus |
| Plaintiffs, | ) | Magistrate Judge Kimberly A. Jolson |
| | ) | |
| v. | ) | |
| | ) | |
| FIRSTENERGY CORP., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION TO AUTHORIZE DISTRIBUTION OF SETTLEMENT FUNDS**

For the reasons set forth in the accompanying memorandum, Plaintiffs move to authorize the distribution of the settlement funds by the Settlement Administrator, to pay the Settlement Administrator, and to set aside future funds for anticipated work to be completed by the

Settlement Administrator, and thereafter disburse the balance of the funds to Settlement Class Members.

        Respectfully submitted,

/s/ *Dennis E. Murray, Jr.*
Dennis E. Murray, Jr. (0038509)
Margaret M. Murray (0066633)
William H. Bartle (0008795)
MURRAY & MURRAY CO., L.P.A.
111 East Shoreline Drive
Sandusky, Ohio 44870-2517
Telephone: (419) 624-3126
Facsimile: (419) 624-0707
E-mail: dmj@murrayandmurray.com
       mmm@murrayandmurray.com
       whb@murrayandmurray.com

Marvin A. Miller*
Andrew Szot*
MILLER LAW LLC
145 South Wells Street, 18th Floor
Chicago, Illinois 60606
Telephone: (312) 332-3400
E-mail: mmiller@millerlawllc.com
       aszot@millerlawllc.com

James L. Ward, Jr.*
MCGOWAN, HOOD & FELDER, LLC
10 Shem Drive
Suite 300
Mt. Pleasant, SC 29464
Telephone: (843)388-7202
Email: jward@mcgowanhood.com

*Counsel For Class Plaintiffs And Settlement Class*

*attorneys admitted pro hac vice

**CERTIFICATE OF SERVICE**

I certify that on June 1, 2023, the foregoing was filed electronically using the CM/ECF System. Notice of this filing will be sent to all parties in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Dennis E. Murray, Jr.
Dennis E. Murray, Jr. (0038509)
MURRAY & MURRAY CO., L.P.A.
*Attorney for Class Plaintiff*
